UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:20-cv-00361-JLS-DFM            Date: March 09, 2020
Title: Adam Ghadiri v. Doan Family Chiropractic et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

       Not Present                                       Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ENTIRE ACTION**

       On February 26, 2020, the Court ordered Plaintiff to show cause why the Court should not decline to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim and other state-law claim. (Doc. 6.) In that Order, the Court explicitly stated that "[f]ailure to respond may, without further warning, result in dismissal of the entire action without prejudice." (*Id*. at 2.) Plaintiff has not filed a response.

       As noted in the Court's prior Order, under Fed. R. Civ. P. 41(b) the Court has the inherent power to dismiss an action for a plaintiff's failure to comply with a court order. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-33 (1962); *Hells Canyon Pres. Council v. U.S. Forest Serv.,* 403 F.3d 683, 689 (9th Cir. 2005).

       As Plaintiff has not complied with the Court's order pertaining to the exercise of supplemental jurisdiction, this action is DISMISSED, in its entirety.

                                                                            Initials of Preparer: tg